## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sykes, Mint E

Printed:  2/5/08

Case Number:  05 B 43396
Judge:  Wedoff, Eugene R
Filed:  10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  December 20, 2007
Confirmed:  November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,850.00 |  |
| Secured: |  | 15,655.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 994.70 |
| Other Funds: |  | 0.00 |
| Totals: | 18,850.00 | 18,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | National City Bank | Secured | 21,236.98 | 15,655.30 |
| 3. | Drive Financial Services | Secured | 12,324.61 | 0.00 |
| 4. | National City Bank | Secured | 10,663.96 | 0.00 |
| 5. | Internal Revenue Service | Priority | 645.75 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 404.70 | 0.00 |
| 7. | Nuvell Credit Company LLC | Unsecured | 2,805.84 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 159.63 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 69.96 | 0.00 |
| 10. | Capital One | Unsecured | 284.25 | 0.00 |
| 11. | B-Line LLC | Unsecured | 605.24 | 0.00 |
| 12. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 13. | Bankfirst | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 51,400.92 | $ 17,855.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 478.50 |
| 5% | 72.50 |
| 4.8% | 208.80 |
| 5.4% | 234.90 |
|  | _____ |
|  | $ 994.70 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sykes, Mint E

Printed:  2/5/08

Case Number:  05 B 43396

Judge:  Wedoff, Eugene R

Filed:  10/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: